*In re* ENMIENDA AL ARTÍCULO 13.9 DEL REGLAMENTO DE LA ADMINISTRACIÓN DEL SISTEMA DE PERSONAL DE LA RAMA JUDICIAL, SOBRE EL PROCESO ESPECIAL DE RECLUTAMIENTO Y DESIGNACIÓN PARA LOS PUESTOS EN LAS CLASES SECRETARIAS AUXILIARES DEL TRIBUNAL I Y ALGUACILES AUXILIARES.

*Número:* ER-2004-4        *Resuelto:* 29 de abril de 2004

## RESOLUCIÓN

El 13 de julio de 2001, mediante Resolución, se enmendó el Art. 13 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial, 4 L.P.R.A. Ap. XIII, para agilizar el proceso de reclutamiento de candidatos para los puestos de Secretarias Auxiliares del Tribunal I y Alguaciles Auxiliares. Las particularidades y necesidades especiales del Tribunal Supremo, por la naturaleza de las funciones únicas en el sistema judicial de Puerto Rico, muchas de las que son ejecutadas a través de la Secretaría y de la

---

Oficina del Alguacil de nuestro Tribunal, requiere que dicho procedimiento especial excluya de su aplicación a este Tribunal. En atención a ello, se enmienda el Art. 13(13.9) del Reglamento de la Administración del Sistema de Personal de la Rama Judicial a los únicos efectos de indicar que el procedimiento especial allí dispuesto no aplicará para el reclutamiento de los puestos que desempeñarán sus funciones en el Tribunal Supremo. Se añade a este artículo un subinciso (10), que dispondrá lo siguiente:

*Artículo 13.9 Procedimiento Especial de Reclutamiento y designación para los Puestos de Secretarias Auxiliares del Tribunal I y Alguaciles Auxiliares I*

.    .    .    .    .    .    .    .

10. El procedimiento dispuesto en este Artículo no será de aplicación a los puestos de Secretarias Auxiliares del Tribunal I y Alguaciles Auxiliares que sean reclutados para llevar a cabo sus funciones en el Tribunal Supremo. Estos serán reclutados conforme al procedimiento ordinario, según dispuesto en los Artículos 13.1 y 13.5.

Esta enmienda entrará en vigor inmediatamente.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Fuster Berlingeri no intervinieron.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*